# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nelson Tolbert, ) | No. CV 06-00141-PHX-NVW |
| Petitioner, ) | **ORDER** |
| v. ) | |
| Captain Stang, et al., ) | |
| Respondents. ) | |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Voss (Doc. # 11) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. # 1). The R&R recommends that the Petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at 6-7 (citing 28 U.S.C. § 636(b).) Petitioner now objects to the R&R on the three grounds described therein. (Doc. # 12.)

The court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1    Insofar as the Magistrate Judge also ruled on any non-dispositive matters, error may
2 not be assigned to any defect in those rulings to the extent that an aggrieved party did not file
3 a timely objection. Fed. R. Civ. P. 72(a) ("Within 10 days after being served with a copy of
4 the magistrate judge's order, a party may serve and file objections to the order; a party may
5 not thereafter assign as error a defect in the magistrate judge's order to which objection was
6 not timely made."). The absence of a timely objection precludes later assignment of error
7 in this court or in any higher court of the non-dispositive rulings of a magistrate judge.
8 *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289
9 F.3d 1117, 1120-21 (9th Cir. 2002).

10    IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate
11 Judge (Doc. #11) is accepted.

12    IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus
13 filed pursuant to 28 U.S.C. § 2254 (Doc. # 1) is denied and dismissed with prejudice.

14    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
15 accordingly. The Clerk shall terminate this action.

16    DATED this 26th day of March 2007.

_____
Neil V. Wake
United States District Judge